IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01366-MSK-KLM

WAYNE ANDREWS,

    Plaintiff,

v.

TIMOTHY GEITHNER,
DOUGLAS SHULMAN,
OFFICER IN CHARGE OF COLLECTIONS,
GARY QUICK,
DONNA M. MILLER,
LISA K. JONES,
ROXY HUBER,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Federal Defendants' Unopposed Motion to Vacate Scheduling Conference or, Alternatively, for Leave to Attend Scheduling Conference Telephonically** [Docket No. 13; Filed July 28, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part** as set forth below.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 16, 2011 at 9:30 a.m. is **vacated** and **RESET** to **December 14, 2011 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **December 9, 2011**.

    IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **December 9, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their

Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

IT IS FURTHER **ORDERED** that Defendants may participate in the Scheduling Conference telephonically by dialing the Court at **303-335-2770.** If any other parties are granted leave to appear at the Scheduling Conference by telephone, these parties must initiate a conference call with Defendants before dialing the Court.

Dated: July 28, 2011